UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WENDELL SMITH,                          )
                                        )
                    Plaintiff,          )
                                        ) Civil No. 1: 06CV01398 (RGW)
        v.                              )
                                        )
DISTRICT OF COLUMBIA, et  al.           )
                                        )
                    Defendants.         )
_____)

### CONSENT MOTION FOR  ENLARGEMENT OF TIME

Defendant, District of Columbia by and through counsel, respectfully moves pursuant to  Federal Rules of Civil Procedure, Rule 6(b) to enlarge the time in which to file a response to the  Complaint for Damages. Defendant requests up to and including September 25, 2006. Plaintiff's counsel has been contacted and he consents to the to the requested relief.

The additional time is needed for counsel for the aforementioned defendant to investigate this matter, consult with the client and or agency and to draft an appropriate response.

Wherefore, defendant District of Columbia respectfully requests that this Court expand the time to file a response to the complaint  up to and including  September  25, 2006.

Respectfully submitted,

ROBERT SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson

_____

KIMBERLY M. JOHNSON (#435163)
Section Chief, General Litigation Section I


Melvin W. Bolden, Jr.

_____

MELVIN W. BOLDEN, JR. ( # 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695


<u>CERTIFICATE OF SERVICE</u>

I certify that on the  31st day of August, 2006, a copy of the foregoing motion, with memorandum and proposed order was electronically served on Peter N. Mann, Esquire.

Melvin W. Bolden, Jr.
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WENDELL SMITH,                          )
                                        )
              Plaintiff,                )
                                        ) Civil No. 1: 06CV01398 (rbw)
                                        )
DISTRICT OF COLUMBIA, et al.,           )
                                        )
              Defendants.               )
_____)


MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO THE  COMPLAINT FOR
DAMAGES


1.  Federal Rules of Civil Procedure, Rule 6 (b).

2.  Plaintiff's consent.

3.  The reasons set forth in the motion.

4.  The record herein.


                    Respectfully submitted,

                    ROBERT SPAGNOLETTI
                    Attorney General for the
                    District of Columbia

                    GEORGE C. VALENTINE
                    Deputy Attorney General
                    Civil Litigation Division



                    Kimberly M. Johnson
                    _____
                    KIMBERLY MATTHEWS JOHNSON ( #435163)
                    Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 192179  )
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WENDALL SMITH,                          )
                                        )
            Plaintiff,                  )
                                        ) Civil No. 1: 06CV01398(RBW)
                                        )
DISTRICT OF COLUMBIA  et al.,           )
                                        )
            Defendants.                 )
_____)


ORDER

Upon consideration of the Consent Motion for Enlargement of Time to Respond

to the Complaint for Damages,  plaintiff's  consent thereto, and the record herein, it is by

the Court, this  ___day of  June,  2006

            ORDERED: that the Consent Motion for Enlargement of Time to Respond

to the Complaint for Damages be, and hereby is GRANTED; and it is


            FURTHER ORDERED: that the  defendant District of Columbia shall have

up to and including September 25, 2006 to file a response to plaintiff's  Complaint for

Damages.

                          _____
                          REGGIE B. WALTON
                          United States District Judge