UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDELL SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 06CV01398 (RBW) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants. | ) |

### SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME

Defendant, District of Columbia by and through counsel, respectfully moves pursuant to Federal Rules of Civil Procedure, Rule 6(b) to further enlarge the time in which to file a response to the Complaint for Damages. A response is due on September 25, 2006. The District of Columbia requests a further enlargement up to and including October 25, 2006. Plaintiff's counsel has been contacted and he consents to the to the requested relief.

The additional time is needed for counsel for the aforementioned defendant to obtain records relevant to this matter and to draft an appropriate response. Some delay has occurred in obtaining relevant records because the Lorton Correctional Complex no longer exists and defendant must obtain plaintiff's institutional record from the United States Penitentiary Allenwood in White Deer, Pennsylvania.

Wherefore, defendant District of Columbia respectfully requests that this Court expand the time to file a response to the complaint up to and including October 25, 2006.

Respectfully submitted,

ROBERT SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON (#435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. ( # 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

## CERTIFICATE OF SERVICE

    I certify that on the 25th day of September, 2006, a copy of the foregoing motion, with memorandum and proposed order was electronically served on Peter N. Mann, Esquire.

_____
Melvin W. Bolden, Jr.
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDELL SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 06CV01398 (RBW) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO THE COMPLAINT FOR DAMAGES

1. Federal Rules of Civil Procedure, Rule 6 (b).

2. Plaintiff's consent.

3. The reasons set forth in the motion.

4. The record herein.

                                        Respectfully submitted,

                                        ROBERT SPAGNOLETTI
                                        Attorney General for the
                                        District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General
                                        Civil Litigation Division

Kimberly M. Johnson
_____
KIMBERLY MATTHEWS JOHNSON ( #435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 192179  )
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDALL SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 06CV01398(RBW) |
| | ) |
| DISTRICT OF COLUMBIA et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

ORDER

Upon consideration of the Second Consent Motion for Enlargement of Time to Respond to the Complaint for Damages, plaintiff's consent thereto, and the record herein, it is by the Court, this ___day of September, 2006

      ORDERED: that the Consent Motion for Enlargement of Time to Respond to the Complaint for Damages be, and hereby is GRANTED; and it is

      FURTHER ORDERED: that the defendant District of Columbia shall have up to and including October 25, 2006 to file a response to plaintiff's Complaint for Damages.

_____
REGGIE B. WALTON
United States District Judge

Case 1:06-cv-01398-RBW    Document 3    Filed 09/25/2006    Page 6 of 6