UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDELL SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 06CV01398 (RBW) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
| | ) |
| Defendants. | ) |

MOTION FOR ENLARGEMENT OF TIME
OF TWO BUSINESS DAYS TO RESPOND
TO THE COMPLAINT

Defendant, District of Columbia by and through counsel, respectfully moves pursuant to Federal Rules of Civil Procedure, Rule 6(b) to further enlarge the time in which to file a response to the Complaint for Damages. A response is due on October 25, 2006. The District of Columbia requests a further enlargement of two business days up to and including October 27, 2006. Pursuant to Local Rule 7 (m), defendants' counsel contacted plaintiff's counsel and was advised that plaintiff consents to the enlargement of time.

The additional time is needed for counsel for the aforementioned defendant to review records relevant to this matter and to draft an appropriate response.

Wherefore, defendant District of Columbia respectfully requests that this Court expand the time to file a response to the complaint up to and including October 25, 2006.

Respectfully submitted,

ROBERT SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE

        Deputy Attorney General
        Civil Litigation Division

    Kimberly M. Johnson
_____
  KIMBERLY M. JOHNSON (#435163)
  Section Chief, General Litigation Section I

    Melvin W. Bolden, Jr.
_____
  MELVIN W. BOLDEN, JR. ( # 192179)
  Assistant Attorney General
  441 Fourth St., N.W.
  Sixth Floor South
  Washington, D.C. 20001
  (202) 724-5695

## CERTIFICATE OF SERVICE

     I certify that on the 25th day of October, 2006, a copy of the foregoing motion, with memorandum and proposed order was electronically served on Peter N. Mann, Esquire.

_____
Melvin W. Bolden, Jr.
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDELL SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil No. 1: 06CV01398 (RBW) |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF MOTION FOR ENLARGEMENT OF TIME OF TWO DAYS
TO RESPOND TO THE COMPLAINT FOR DAMAGES

1. Federal Rules of Civil Procedure, Rule 6 (b).

2. Plaintiff's consent.

3. The reasons set forth in the motion.

4. The record herein.

Respectfully submitted,

ROBERT SPAGNOLETTI
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


Kimberly M. Johnson
_____
KIMBERLY MATTHEWS JOHNSON ( #435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.

_____
MELVIN W. BOLDEN, JR. (# 192179  )
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WENDALL SMITH,                               )
                                             )
            Plaintiff,                       )
                                             ) Civil No. 1: 06CV01398(RBW)
                                             )
DISTRICT OF COLUMBIA et al.,                 )
                                             )
            Defendants.                      )
_____)

ORDER

Upon consideration of the Motion for Further Enlargement of Time of Two Business Days to Respond to the Complaint, plaintiff's consent thereto, and the record herein, it is by the Court, this ___ day of October, 2006

ORDERED: that the Motion for Enlargement of Time to Respond to the Complaint be, and hereby is GRANTED; and it is

FURTHER ORDERED: that the defendant District of Columbia shall have up to and including October 27, 2006 to file a response to plaintiff's Complaint.

_____
REGGIE B. WALTON
United States District Judge