UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDELL SMITH | : |
| | : |
|     Plaintiff | : |
| | : |
| v. | : CV-06-1398 |
| | : |
| DISTRICT OF COLUMBIA, et al. | : |
| | : |
|     Defendant | : |

## JOINT RULE 16.3 STATEMENT

Pursuant to United States District Court, Local Rule 16.3 the plaintiff and the defendant submit the following joint statement.

The parties have discussed the following matters as listed in Rule 16.3

(1) Discovery has only recently commenced.  Accordingly, the parties cannot state at this point whether the case is likely to be resolved by dispositive motion.

(2) It is not anticipated that the parties will seek to join other parties or that the pleadings will be amended.

(3) Neither party requests at this time that the case be assigned to a magistrate.

(4) It is too early in this litigation to state the prospects for settlement.

(5) The parties believe that Alternative Dispute Resolution may be helpful to resolve the litigation. However, because discovery has only recently commenced, it would be premature to schedule any form of Alternative Dispute Resolution.  The parties suggest that Alternative Dispute Resolution may be requested by Joint Motion at any time prior to December 1, 2007.

(6) The parties suggest that a deadline for filing dispositive motions be set for October 1, 1, 2007 which is sixty days following the date that the parties have suggested for discovery to

close.

(7) The parties agree to stipulate to dispense with the requirements of Rule 26(a)(1) of the Federal Rules of Civil Procedure.

(8) The parties anticipate that full discovery will take place and agree that deadline for the closing of discovery be August 1, 2007.

(9) The parties agree that the requirements of Rule 26(a)(2) of the Federal Rules of Civil Procedure should not be modified and that the depositions of experts should be completed by August 1, 2007.

(10) The parties do not suggest that the trial be bifurcated.

(11) The parties agree that it would be premature to schedule a pretrial conference at this time. Instead the parties suggest that a status conference be schedule in this case for a date after August 1, 2007.

The proposed dates are stated in the attached scheduling order.

Respectfully submitted,

| | |
|---|---|
| _____ | _____ |
| Peter N. Mann, Esquire | Melvin W. Bolden, Jr. |
| 514 Tenth Street, N.W. | Assistant Attorney General |
| Ninth Floor | Sixth Floor South |
| Washington, D.C. 20004 | 441 4th Street, N.W. |
| (202) 387-3547 | Washington, D.C. 20001 |
| *Counsel for Wendell Smith* | (202) 724-5695 |
| | *Counsel for District of Columbia* |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

WENDELL SMITH           :
                        :
    Plaintiff           :
                        :
v.                      : CV-06-1398
                        :
DISTRICT OF COLUMBIA, et al.   :
                        :
    Defendant           :

## SCHEDULING ORDER

Having received the parties Joint Rule 16.3 statement, the court enters the following scheduling order.

1. The parties will complete discovery by August 1, 2007.

2. The depositions of all experts named by the parties pursuant to Rule 26 (a)(2), F. R. Civ. P.  shall be completed by August 1, 2007.

3. Dispositive motions shall be filed by the parties by October 1, 2007.

4. The court will not schedule Alternative Dispute Resolution at this time.  The parties may request Alternative Dispute Resolution by Joint Motion at any subsequent time prior to December 1, 2007.

4. A status hearing will be held in this case on _____,

                                       **SO ORDERED**

                                       _____
                                       Reggie B. Walton
                                       Judge, United States District Court
                                       For the District of Columbia