UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WENDELL SMITH, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-1398  (RBW) |
| THE DISTRICT OF COLUMBIA, et al. | ) ) ) | |
| Defendants. | ) ) | |

**SCHEDULING ORDER**

The parties appeared before the Court on January 19, 2007, for an initial scheduling conference.  Based upon the discussions at this hearing, it is on this 23rd day of January, 2007, hereby **ORDERED** that

1. This case shall be placed on the standard track.

2. The parties have waived initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

3. The plaintiff has no intent of joining any additional parties or amending the complaint.

4. The plaintiff shall serve his expert report pursuant to Rule 26(a)(2) by May 18, 2007, and the defendants shall serve their expert reports pursuant to Rule 26(a)(2) by June 15, 2007.

5. Discovery shall be concluded by August 24, 2007.

6. This case shall be referred to a magistrate judge for settlement discussions commencing on August 27, 2007 and concluding on October 26, 2007.

7. A status conference shall be held on October 26, 2007 at 9:00 a.m. in courtroom 16 before Judge Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

/s/_____
REGGIE B. WALTON
United States District Judge