UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WENDELL SMITH, | ) |
|  | ) |
| Plaintiff | ) |
|  | ) |
| v. | ) Civil Action No. 06-01398( RBW) |
|  | ) |
| DISTRICT OF COLUMBIA, et al. | ) |
|  | ) |
| Defendants | ) |

MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO DISCOVERY

The District of Columbia, by and through counsel, respectfully moves pursuant to Federal Rules of Civil Procedure, Rule 6(b) to enlarge the time in which to submit responses to Plaintiff's Interrogatories and Plaintiff's Request for Production of Documents up to and including May 4, 2007. Plaintiff's counsel was contacted and he consents to the aforementioned motion until May 4, 2007 on the condition that defendant make no further requests for enlargement to respond to Plaintiff's Interrogatories and Plaintiff's Request for Production of Documents.

The grounds for the motion are that this complaint arises out of plaintiff's incarceration at the Maximum Security Facility of Lorton in 1997. The complaint herein alleges that plaintiff was improperly maintained in administrative segregation at Lorton on the basis that plaintiff was an escape risk. Closure of Lorton has impacted on the availability of information related to inmate grievances and the specific

allegations contained in plaintiff's complaint. Virtually all records related to the administrative segregation prisoners such as plaintiff were forwarded to the Federal Archives in Suitland Maryland when Lorton closed.. Searches for records related to this case were made. Some records regarding plaintiff were located, but no records relative to the circumstances described in plaintiff's complaint were identified.

Upon closure of Lorton, plaintiff was transferred along with his institutional records into the custody of the Federal Bureau of Prisons penal system. He is currently housed at the United States Penitentiary at Allenwood and defendant has made a request for institutional records to ascertain if the records at Allenwood contain information responsive to plaintiff's discovery.

Accordingly, some delay is occasioned due to the closure of Lorton and dispersal of plaintiff and his institutional records into the Federal Correctional system. Some delay also can be attributed to plaintiff who waited an inordinate time to bring his complaint.

Wherefore, the District of Columbia respectfully requests that this Court expand the time to serve its responses to plaintiff's discovery to May 4, 2007.

>Respectfully submitted,
>
>LINDA SINGER
>Attorney General
>for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General
>Civil Litigation Division
>
>Kimberly M. Johnson
>_____
>KIMBERLY M. JOHNSON (#435163)
>Section Chief, General Litigation Section I

. Melvin W. Bolden, Jr.

_____
MELVIN W. BOLDEN, JR. ( # 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion, with memorandum and proposed order was electronically served on Peter N. Mann, Esquire.

Melvin W. Bolden, Jr.
_____
Melvin W. Bolden, Jr.
Assistant Attorney General

```
_____
                                   )
WENDELL SMITH,                     )
                                   )
                                   )
            Plaintiff              )
                                   )
v.                                 ) Civil Action No. 06-01398( RBW)
                                   )
                                   )
 DISTRICT OF COLUMBIA, et al.      )
                                   )
                                   )
            Defendants             )
                                   )
_____)_
```

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY

1.  Federal Rules of Civil Procedure, Rule 6 (b).

2   The reasons set forth in the motion.

3.  The record herein.

                            Respectfully submitted,

                            LINDA SINGER
                            Attorney General
                            for the District of Columbia

                            GEORGE C. VALENTINE
                            Deputy Attorney General
                            Civil Litigation Division

                            Kimberly M. Johnson
                            _____
                            KIMBERLY M. JOHNSON( # 435163)
                            Section Chief, General Litigation Section I

   Melvin W. Bolden, Jr.

_____
MELVIN W. BOLDEN, JR. (# 192179  )
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WENDELL SMITH, | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 06-01398( RBW) |
| DISTRICT OF COLUMBIA, et al. | ) |
| Defendants | ) |

ORDER

Upon consideration of defendant's Motion for Enlargement of Time to Respond to Discovery, plaintiff's response thereto, and the record herein, it is this _____day of_____;

ORDERED: that defendant's Motion for Enlargement of Time to Respond to Discovery is GRANTED; and its

FURTHER ORDERED: that defendant shall have up to and including May 4, 2007 to respond to plaintiff's initial interrogatories and requests for production of documents.

_____
REGGIE B. WALTON
United States District Judge