UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WENDELL SMITH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CV-06-1398 (RBW) |
| | : | |
| DISTRICT OF COLUMBIA, et al., | : | |
| | : | |
| Defendant. | : | |

### JOINT MOTION TO EXTEND DISCOVERY

The parties, by counsel, respectfully request that the court r extend the discovery period in this case until September 28, 2007. In support of this motion, the parties state as follows:

1. The discovery period is currently scheduled to end August 24, 2007. Written discovery has been underway; however more time is needed to complete all discovery. No party will be prejudiced by this enlargement.

2. Counsel have discussed completing discovery in this matter. Counsel anticipate that there will be at minimum additional written discovery and plaintiff's deposition to complete discovery in this case. Counsel have reviewed their respective schedules and trial dates in other cases and agree that the parties will likely need until September 28, 2007, to complete all discovery.

Accordingly, counsel respectfully request that the Court extend discovery herein, until September 28, 2007. If there are any difficulties in the completion of discovery at that point, it can be brought to the Court's attention before the requested close of discovery.

Respectfully submitted,

Peter N. Mann

_____

PETER N. MANN, ESQUIRE
514 10th Street, N.W.
9th Floor
Washington, D.C. 20004
Attorney for Plaintiff


LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson

_____

KIMBERLY M. JOHNSON (#435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.

_____

MELVIN W. BOLDEN, JR. (#1921790)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695


**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Joint Motion to Extend Discovery, Memorandum and proposed Order were electronically served this 24th day of August, 2007 upon Peter N. Mann, Esquire.

_____
Melvin W. Bolden, Jr.
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WENDELL SMITH,                  :
                                :
    Plaintiff,                  :
                                :
v.                              :    CV-06-1398 (RBW)
                                :
DISTRICT OF COLUMBIA, et al.,   :
                                :
    Defendant.                  :


MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF JOINT MOTION TO EXTEND DISCOVERY


1. Federal Rules of Civil Procedure, Rule 6 (b).

2. The concurrence of the parties.

3. The reasons set forth in the motion.

4. The record herein.


    Respectfully submitted,

_____
PETER N. MANN, ESQUIRE
514 10th Street, N.W.
9th Floor
Washington, D.C. 20004
Attorney for Plaintiff


LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General

Civil Litigation Division

Kimberly M. Johnson

---
KIMBERLY M. JOHNSON (#435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.

---
MELVIN W. BOLDEN, JR. (#1921790)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WENDELL SMITH,                          :
                                        :
                                        :
           Plaintiff,                   :
      v.                                :   CV-06-1398 (RBW)
                                        :
DISTRICT OF COLUMBIA, et al.,           :
                                        :
           Defendant.                   :

## ORDER

Upon consideration of the Joint Motion to Extend Discovery, the concurrence of the parties thereto, and the record herein, it is, by the Court, this ___day of August, 2007,

ORDERED: that the Joint Motion to Extend Discovery, be and hereby is GRANTED; and it is

FURTHER ORDERED: that discovery shall be completed on or before September 28, 2007.

_____
REGGIE B. WALTON
United States District Judge

Case 1:06-cv-01398-RBW    Document 12    Filed 08/24/2007    Page 6 of 6