UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDELL SMITH, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   CV-06-1398 (RBW/ DAR) |
| | : |
| DISTRICT OF COLUMBIA, et al. | : |
| | : |
|     Defendant. | : |

### JOINT MOTION TO EXTEND MEDIATION, TO RESCHEDULE STATUS CALL AND TO SET DISPOSITIVE MOTION DEADLINES

The parties, by counsel, respectfully request that the court extend mediation to November 30, 2007, reschedule the October 26, 2007 status call to a date in December, 2007 and set a dispositve motions deadline. In support of this motion, the parties state as follows:

The mediation period is currently scheduled to conclude on October 26, 2007. However, due to the respective schedules of the parties and the Magistrate Judge, the parties have been unable to meet. Mediation will be scheduled for November 19, 2007, if this motion is granted. In the Scheduling Order entered herein, a status call is scheduled for October 26, 2007. The parties respectfully request that the status call be reset to a date in December after settlement discussions are concluded.

The parties further request that the dispositive motions deadline herein be extended to December 14, 2007; opposition memoranda be due on January 14, 2008; and, replies, if any, be due on February 5, 2008.

Accordingly, counsel respectfully request that the court extend mediation to November 30, 2007, reschedule the October 26, 2007, status call to a date in December, 2007, and set a dispositive motions deadline for December 14, 2007.

Respectfully submitted,

_____
PETER N. MANN, ESQUIRE
514 10th Street, N.W.
9th Floor
Washington, D.C. 20004
Attorney for Plaintiff


LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON (#435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (#1921790)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695


## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Joint Motion to Extend Discovery, Memorandum and proposed Order were electronically served this 21st day of September, 2007 upon Peter N. Mann, Esquire.

                                            _____
                                            Melvin W. Bolden, Jr.
                                            Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WENDELL SMITH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CV-06-1398 (RBW) |
| | : | |
| DISTRICT OF COLUMBIA, et al. | : | |
| | : | |
| Defendant. | : | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT JOINT MOTION TO EXTEND MEDIATION, TO RESCHEDULE STATUS CALL AND TO SET DISPOSITIVE MOTION DEADLINES

1. Federal Rules of Civil Procedure, Rule 6 (b).

2. The concurrence of the parties.

3. The reasons set forth in the motion.

4. The record herein.

Respectfully submitted,

_____
PETER N. MANN, ESQUIRE
514 10th Street, N.W.
9th Floor
Washington, D.C. 20004
Attorney for Plaintiff


LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

Kimberly M. Johnson

———————————————————
KIMBERLY MATTHEWS JOHNSON ( #435163)
Section Chief, General Litigation Section I

Melvin W. Bolden, Jr.

———————————————————
MELVIN W. BOLDEN, JR. (# 192179  )
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695
Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDELL SMITH, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   CV-06-1398 (RBW) |
| | : |
| DISTRICT OF COLUMBIA, et al. | : |
| | : |
|     Defendant. | : |

## ORDER

Upon consideration of the Joint Motion to Extend Mediation, to Reschedule Status Call and to Set Dispositive Motion Deadlines, the concurrence of the parties thereto, and the record herein, it is, by the Court, this ___day of September, 2007,

    ORDERED: that the Joint Motion to Extend Mediation, to Reschedule Status Call and to Set Dispositive Motion Deadlines be and hereby is GRANTED; and it

    FURTHER ORDERED: that mediation shall be extended to November 30, 2007; and it is,

    FURTHER ORDERED: that the status call scheduled for October 26, 2007, is reset to_____; and it is,

    FURTHER ORDERED: that dispositive motions are due on December 14, 2007; oppositions memoranda are due on January 14, 2008; and replies, if any, are due on February 5, 2008

_____
REGGIE B. WALTON
United States District Judge

Case 1:06-cv-01398-RBW    Document 13    Filed 09/21/2007    Page 6 of 6