UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WENDELL SMITH                          :
                                       :
        Plaintiff                      :
                                       :
v.                                     : Case No.  CV 06-1398 (RBW)
                                       :
DISTRICT OF COLUMBIA, et al            :
                                       :
        Defendants                     

**JOINT MOTION TO CONTINUE STATUS DATE AND TO EXTEND
MEDIATION AND TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS**

The plaintiff and the defendants jointly move to continue the status hearing currently

scheduled for December 14, 2007 at 3:30, to extend mediation and to extend the deadline for the

filing of dispositive motions, the deadline currently being December 17, 2007.  In support of this

motion, the plaintiff and the defendant state the following.

1.   The plaintiff and the defendants participated in a mediation session with Magistrate

Judge Deborah A. Robinson on November 30, 2007.  At that time, the defendants indicated that

they wished  to depose the plaintiff before making any significant settlement offer.  A second

mediation session was scheduled for December 13, 2007.  A deposition of the plaintiff was

scheduled for Monday, December 10, 2007.

2.   After the scheduling of the deposition, counsel for the plaintiff was advised by

Michael Sullivan, General Counsel for U.S.P. Allenwood that the institution required a court

order pursuant to FRCP 30(a)(2) before they would permit the deposition to take place.

3.   The defendants are filing a Consent Motion for a Court Order to Conduct a Deposition

of the Plaintiff on or about the same time that the instant motion is being filed.  The parties have

agreed on a deposition date of January 7, 2008.   The parties also will be requesting that

Magistrate Robinson reschedule the second mediation session for a date after January 7, 2008.

4.  The parties agree that upon completion of the plaintiff's deposition that there is a realistic likelihood of settlement of this matter.

5.  Accordingly, the parties request that the status date be continued for approximately thirty days, that mediation be extended to a date to be set by the parties and Magistrate Judge Robinson and that the deadline for the filing of dispositive motions be extended until January 25, 2008.

WHEREFORE, the plaintiff and the defendants respectfully moves that this motion be granted.

Respectfully Submitted

/s/ Peter N.Mann, Esquire
Peter N. Mann, Esquire #351650
514 Tenth Street, N.W.
Ninth Floor
Washington, D.C.  20004
(202) 387-3547 (phone)
(202) 639-0458 (facsimile)

/s/ Melvin Bolden, Esquire
Melvin Bolden, Esquire #192179
Assistant Attorney General
Office of the Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.  20004
(202) 724-5695

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Joint Motion to Continue Status Hearing and To Extend Mediation and To Extend the Deadline for Filing Dispositive Motions, Memorandum of Points and Authorities in Support Thereof and Proposed Order has been served electronically upon Melvin Bolden, Esquire, Office of the Attorney General, 441 4th Street, N.W., Sixth Floor South, Washington, D.C.  20001, this 10th day of December, 2007.

<u>/s/ Peter N. Mann, Esquire</u>
Peter N. Mann, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WENDELL SMITH                        :
                                     :
        Plaintiff                    :
                                     :
v.                                   : Case No.  CV 06-1398 (RBW)
                                     :
DISTRICT OF COLUMBIA, et al          :
                                     :
        Defendants

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF JOINT MOTION TO CONTINUE STATUS DATE AND TO EXTEND
<u>MEDIATION AND TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS</u>**

1.  Federal Rules of Civil Procedure, Rule 6 (b)

2.  The agreement and of the parties.

3. The reasons as stated in the motion.

4.  The record herein.


                        Respectfully Submitted



                        <u>/s/ Peter N. Mann, Esquire</u>
                        Peter N. Mann, Esquire #351650
                        514 Tenth Street, N.W.
                        Ninth Floor
                        Washington, D.C.  20004
                        (202) 387-3547 (phone)
                        (202) 639-0458 (facsimile)

4

<u>/s/ Melvin Bolden, Esquire</u>
Melvin Bolden, Esquire #192179
Assistant Attorney General
Office of the Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.  20004
(202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WENDELL SMITH                          :
                                       :
        Plaintiff                      :
                                       :
v.                                     : Case No.  CV 06-1398 (RBW)
                                       :
DISTRICT OF COLUMBIA, et al            :
                                       :

## ORDER

        Upon consideration of the Joint Motion to Continue Status Date and to Extend Deadline

for the Filing of Dispositive Motions, it is hereby, by the court, this _____ day of

_____; 2007

        ORDERED: that the motion is granted, and it is further;

        ORDERED: that the mediation is extended to a date after January 7, 2008 to a date

scheduled by the parties and Magistrate Judge Deborah A. Robinson.

        ORDERED: that the status hearing is continued from December 14, 2007 at 3:30 p.m.

until _____, and it is further;

        ORDERED: that dispositive motions are due on January 25, 2008; Opposition

Memoranda are due on February 25, 2008 and Reply Memoranda, if any, are due on March 7,

2007.


                                       _____
                                       Reggie B. Walton
                                       United States District Judge

6