UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDELL SMITH, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :  CV-06-1398 (RBW/ DAR) |
| | : |
| DISTRICT OF COLUMBIA, *et al.* | : |
| | : |
| Defendant. | : |

CONSENT MOTION FOR LEAVE TO TAKE THE ORAL DEPOSITION OF
OF PLAINTIFF WHO IS INCARCERATED AT ALLENWOOD
FEDERAL CORRECTIONAL FACILITY

Defendants move pursuant to Federal Rules of Civil Procedure, Rule 30 (a)(2), for leave to take the deposition of plaintiff Wendell Smith who is incarcerated at Allenwood Federal Correctional Facility in Allenwood, Pennsylvania. Plaintiff, through counsel, consents to the motion.

The grounds for the motion are that plaintiff's deposition was previously noted by defendant for December 10, 2007. After the scheduling of the deposition, counsel for the plaintiff was advised by Michael Sullivan, General Counsel for U.S.P. Allenwood that the institution required a court order pursuant to Fed. R. Civ. P 30(a)2) before Allenwood would permit the deposition to take place. Should this Court grant the consent motion for leave to take plaintiff's deposition the parties have agreed to conduct the deposition on January 7, 2008.

The parties have previously moved the Court to reset deadlines herein to permit plaintiff's deposition prior to completion of mediation and prior to the filing of dispositive motions.

Wherefore, based on the foregoing, defendants respectfully request that their consent motion pursuant to Federal Rules of Civil Procedure, Rule 30 (a)(2), for leave to take the deposition of plaintiff Wendell Smith who is incarcerated at Allenwood Federal Correctional Facility in Allenwood, Pennsylvania be granted.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the
    District of Columbia, D.C.

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    KIMBERLY M. JOHNSON (# 435163)
    Chief, General Litigation Section 1

    Melvin W. Bolden, Jr.
    _____
    MELVIN W. BOLDEN, JR. (# 192179)
    Assistant Attorney General
    441 Fourth St., N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 724-5695
    (202) 727-3625/0431 (FAX)
    Attorneys for defendants

CERTIFICATE OF SERVICE

I certify that on the `14th day of December, 2007 a copy of the foregoing motion was electronically served on Peter Mann, Esquire.

    Melvin W. Bolden, Jr.
    _ _____
    Melvin W. Bolden, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDELL SMITH, | : |
| Plaintiff, | : |
| v. | : CV-06-1398 (RBW/ DAR) |
| DISTRICT OF COLUMBIA, *et al.* | : |
| Defendant. | : |

## **ORDER**

Upon consideration of the Consent Motion Pursuant to Federal Rules of Civil Procedure, Rule 30 (a)(2), For Leave to Take the Deposition of Plaintiff Wendell Smith who is incarcerated at Allenwood Federal Facility, the consent of the parties and the record herein, it is hereby, by the court, this _____ day of December, 2007

ORDERED: that the motion is GRANTED and it is further;

ORDERED: that the defendants may take the deposition of plaintiff Wendell Smith who is incarcerated at Allenwood Federal Facillity; and it is further

ORDERED: that the Warden of Allenwod Federal Facility is hereby directed to permit defendants to take plaintiff Wendell Smith's deposition.

_____
Reggie B. Walton
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDELL SMITH, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   CV-06-1398 (RBW/ DAR) |
| | : |
| DISTRICT OF COLUMBIA, et al. | : |
| | : |
| Defendant. | : |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR LEAVE TO TAKE THE ORAL DEPOSITION OF PLAINTIFF WHO IS INCARCERATED AT ALLENWOOD FEDERAL CORRECTIONAL FACILITY

1. Federal Rules of Civil Procedure, Rule 30 (a)(2)

2. The agreement of the parties.

3. The reasons as stated in the motion.

4. The record herein.

Respectfully submitted,

LINDA SINGER
Attorney General for the
District of Columbia, D.C.

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

KIMBERLY M. JOHNSON (# 435163)
Chief, General Litigation Section 1

Melvin W. Bolden, Jr.
_____
MELVIN W. BOLDEN, JR. (# 192179)
Assistant Attorney General
441 Fourth St., N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-5695
Attorneys for defendants