UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

WENDELL SMITH           :
                        :
    Plaintiff           :
                        :
v.                      : Case No. 1:06:1398 (RBW
                        :
DISTRICT OF COLUMBIA, ET AL :
                        :
    Defendants          :

### ORDER

Upon consideration of the foregoing Motion for Summary Judgment, the Memorandum of Points and Authorities in Support of the Motion for Summary Judgment, the Supporting Exhibits, the Statement of Material Facts Not in Dispute, and it appearing to the court that there are no material issues in dispute and that therefore the plaintiff is entitled to Summary Judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure and LcvR 7 (h) of the United States District for the District of Columbia, it is hereby, by the court, this ____ day of _____, 2007;

    ORDERED: that the Plaintiff's Motion for Summary Judgment is granted.

                                       _____
                                       Reggie B. Walton
                                       Judge, United States District Court for
                                       the District of Columbia.

Copies to:

Peter N. Mann, Esquire
514 Tenth Street, N.W.
Ninth Floor
Washington, D.C. 20004

Melvin Bolden, Esquire
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001