To Lt. King

This is to Imform you of a possible exscape and threat to one of your officers this morning I over heard Wendal Smith and Ian Thorn Talking about exscapeing Wendal Smith came from the Max yesterday he said that he was going to leave this place with the help of one of your officers he said that he had uniforms ready and that he was hopeing that a Rodney Shorter who still in the Max would come over before he exscape

Wendell Smith also said that he was going to get some Bitch Dinah Rienheart some where over 3-side before he left I think he means this stuff he said

Sign Informer

Exhibit A