D.C DEPARTMENT OF CORRECTIONS
OCCOQUAN FACILITY
LORTON, VIRGINIA

March 31,1997

MEMORANDUM

TO : Mr Johnny Showell
Acting Warden

THROUGH : Major Robert Fulton
Major for operations

: Lieutenant Gregory A. King
Security Supervisor

FROM : Sergeant Terry Battle
Security Sergeant

SUBJECT : Allegations / Possible escape attempt

RE : Inmate Wendell Smith            Inmate Ian Thorne
DCDC 219106                          DCDC 237918
11 Dormitory                         11 Dormitory

Inmate Wendell Smith
DCDC 207792
9 Dormitory

On the morning of March 28,1997 at approximately 10:00am, while picking up the security office mail from the control center. Captain Jose Rodriquez, asked me to come into his office, at that time is when he handed me a yellow sheet of paper addressed to Lt King,signed informer, after reading it, I founded that it states how the above inmates were going to plan an escape and the serious threat directed towards officer Donna Rienhart.

It also states that Wendell Smith DCDC 219-106 and or inmate Wendell Smith DCDC 207-792 and Ian Thorne DCDC 237-918 had been supplied with an officer's uniform to assist in the escape by an officer. The letter continue to mention the arriving of inmate Rodney Short DCDC 219-881 from max security to occoquan facility before this was to happened.

Lt.R.D Harris, conducted a thorough shaksdown on the three above inmates and founded nothing in there property that would help necessitate the escape.

All the above inmates were interveiwed and states that they had no knowledge as to who would drop a note on them about an a escape. Based on the information that I received, I deem it necessary to placed them in the adjustment unit on administration segregation pending a housing hearing. Each inmate property was

Exhibit B

inventoried and collected and place in R/D unit for safe keeping.