## HOUSING BOARD ACTION SHEET

INMATE'S NAME **Wendell Smith**   DCDC#: **219106**   ZONE: **II**

REASONS FOR HEARING: To determine appropriate housing for Inmate, Wendell Smith DCDC# 219106 who was placed in the Adjustment Unit, on Administrative Segregation due to being an escape risk, on March 28, 1997..

INMATE'S STATEMENT: "I don't know Donna Rhinehart. That note is a lie. I just got here from Max. I been here since last week. As a matter of fact March 24. I been a week. It is lie that I'm planing to escape. I think the note was dropped just to get me out of the unit. I've known Rodney Short for twenty (20) years or more. Thorne I met while behind the wall. I'm not going to deny that I know him. I'm know him. I'm a Muslim now and practicing to faith of Allah. I don't fear for my safety."

BOARDS FINDINGS/RECOMMENDATIONS: The Housing Board finds that Inmate Smith poses a definite escape risk and threat to the safety of others. Per the Lorton Regulations Approval Act of 1982, Section 201.9(b)(c), the Board therefore, recommend that Inmate Smith 219106 be transferred to the maximum Security Facility on Administrative Segregation. The Board also recommend that Inmate Smith 219106 be retained in the Adjustment Unit pending transfer to the Maximum Security Facility. Inmate Smith has signed Non-Animosity and Waiver of Protective Custody forms.

BOARD MEMBERS

_[signature]_ CHAIRPERSON      ✓ APPROVED      ✓ APPROVED

_[signature]_ MEMBER           ___ DISAPPROVE   ___ DISAPPROVED

_[signature]_ MEMBER           _[signature]_ MAJOR   _[signature]_ DEPUTY WARDEN

April 2, 1997               ✓ APPROVED       ___ DISAPPROVED

                            4-5-97
                            _[signature]_ WARDEN

10