**Government of the District of Columbia**
**DEPARTMENT OF CORRECTIONS**
**OCCOQUAN FACILITY**
Box 85
Lorton, Virginia 22199

April 8, 1997

Robert C. Hauhart
Supervising Attorney
Prisoner's Rights Program
P.O. Box 47
Lorton, Virginia 22199

Dear Mr. Hauhart:

This responds to your letter appealing the decision of the Housing Board on April 2, 1997, in reference to Wendell Smith, DCDC 219106.

The Occoquan Facility received only one (1) Wendell Smith from the Maximum Security Facility. Based on inmate Smith's previous behavior in the Occoquan Facility, and the incidents he has been involved in, the Administration of the Occoquan Facility has to take the letter submitted seriously alleging the inmate Smith was planning to escape and do bodily harm to correctional staff.

Based on the above, I concur with the recommendation of the Housing Board to transfer inmate Smith to the Maximum Security Facility.

Sincerely,

Johnny M. Showell
Acting Warden

cc:   Resident's Institutional File
      Lt. Eric Lane

JMS/sd

IDPS-671                    Exhibit E