SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION
SPECIAL PROCEEDINGS BRANCH

WENDELL SMITH                    :
                                 :
        v.                       : Docket No. SP-1708-97
                                 :
MARGARET A. MOORE, et al.,       :
D.C. Department of Corrections:

## ORDER

Respondents having acknowledged by response filed June

6, 2000, that petitioner remains in administrative

segregation at the Maximum Security Facility, Lorton, VA,

and respondents having failed to file any statement of the

facts relied upon to support such segregation within the

period specified by this Court's Order dated May 23, 2000,

the Court hereby vacates its Order of October 17, 1997

denying the petition for writ of habeas corpus, and it is

hereby this  30th  day of June, 2000,

ORDERED that the petition for writ of habeas corpus

shall be and is hereby GRANTED; and it is

FURTHER ORDERED that respondents shall forthwith

release petitioner from administrative segregation.

June 30, 2000
_____                    _____
     Date                              Ronald P. Wertheim
                                       Senior Judge

A TRUE COPY
TEST: 7-3-00
Clerk, Superior Court of the
District of Columbia

By _____
      Deputy Clerk

Copies to be mailed:

Robert H. Stockel, Esq.
Corporation Counsel
6th Floor South
441 Fourth Street, N.W.
Washington, D.C. 20001

Robert C. Hauhart, Esq.
Public Defenders Service
633 Indiana Avenue, N.W.
Washington, D.C. 20004