UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDELL SMITH : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Case No.  CV 06-1398 (RBW) |
| : | |
| DISTRICT OF COLUMBIA, et al : | |
| : | |
| Defendants | |

## CONSENT MOTION TO EXTEND DEADLINE
## FOR DISPOSITIVE MOTION

The defendants move to extend the deadline for the filing of dispositive motions, the deadline currently being January 25, 2008. Defendants request until February 8, 2008. Plaintiff consents to the motion.   In support of this motion, defendants state the following.

1.  The plaintiff and the defendants participated in a mediation session with Magistrate Judge Deborah A. Robinson on November 30, 2007.  At that time, the defendants indicated that they wished to depose the plaintiff before proceeding further in mediation.  A deposition of the plaintiff was conducted on January 7, 2008.   second mediation session is scheduled for February 1, 2008.

2.  Defendants propounded interrogatories in August, 2008. Responses executed by plaintiff were received on January 25, 2008.

5.  Accordingly, defendants respectively request that the deadline for the filing of defendants' dispositive motion be extended until February 8, 2008.

WHEREFORE, defendants respectfully request that this motion be granted.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/ Kimberly M. Johnson
_____
KIMBERLY M. JOHNSON [435163]
Chief, General Litigation Section I

/s/ Melvin W. Bolden, Jr.

_____
Melvin Bolden, Esquire #192179
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20004
( 202) 724-5695




**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Consent Motion to Extend the Deadline for Filing Dispositive Motions, Memorandum of Points and Authorities in Support Thereof and Proposed Order has been served electronically upon Peter J. Mann Esquire.

_____
Melvin W. Bolden, Jr.
Assistant Attorney General


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDELL SMITH | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | : Case No.  CV 06-1398 (RBW) |
| | : |
| DISTRICT OF COLUMBIA, et al. | : |
| | : |
|     Defendants. | : |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO EXTEND DEADLINE FOR FILING OF DISPOSITIVE MOTIONS

1. Federal Rules of Civil Procedure, Rule 6 (b)

2. The consent of the plaintiff.

3. The reasons as stated in the motion.

4. The record herein.

                                      Respectfully submitted,

                                      PETER J. NICKLES
                                      Interim Attorney General
                                      for the District of Columbia

                                      GEORGE C. VALENTINE
                                       Deputy Attorney General
                                      Civil Litigation Division

                                       /s/ Kimberly M. Johnson
                                      _____
                                       KIMBERLY M. JOHNSON [435163]
                                       Chief, General Litigation Section I

                                    /s/  Melvin W. Bolden, Jr.

                                              _____
Melvin Bolden, Esquire #192179
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.  20004
( 202) 724-5695

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WENDELL SMITH                              :

|  |  |
|---|---|
| Plaintiff | : |
|  | : |
|  | : |
| v. | : Case No. CV 06-1398 (RBW) |
|  | : |
| DISTRICT OF COLUMBIA, et al | : |
|  | : |

## **ORDER**

Upon consideration of the Joint Consent Motion to Extend Deadline for the Filing of Dispositive Motions, the record herein, hit is hereby, by the court, this _____ day of _____; 2008

ORDERED: that the motion is granted, and it is further;

ORDERED: that defendants' dispositive motion is due on February 8, 2008; Opposition Memoranda are due on March 8, 2008, and Reply Memoranda, if any, are due on March 22, 2008.

_____
Reggie B. Walton
United States District Judge