UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WENDELL SMITH                          :
                                       :
        Plaintiff                      :
                                       :
v.                                     : Case No.  CV 06-1398 (RBW)
                                       :
DISTRICT OF COLUMBIA, et al            :
                                       :
        Defendants

## LINE OF DISMISSAL

The Clerk will please dismiss with prejudice the above captioned case pursuant to Fed. R.

Civ. P. 41 (a)(ii) as the parties have settled all claims arising out of this matter.

Respectfully Submitted


/s/ Peter N.Mann, Esquire
PETER N. MANN, #351650
514 Tenth Street, N.W.
Ninth Floor
Washington, D.C.  20004
(202) 387-3547 (phone)
(202) 639-0458 (facsimile)


PETER J. NICKLES
Attorney General for the District of Columbia


GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Kimberly M. Johnson
Kimberly M. Johnson
Section Chief
General Litigation Section I


/s/ Melvin Bolden, Esquire
Melvin Bolden, Esquire #192179
Assistant Attorney General
Office of the Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C.  20004
(202) 724-5695