UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDELL SMITH | : |
| | : |
|     Plaintiff | : |
| | : |
| v. | : Case No.  CV 06-1398 (RBW) |
| | : |
| DISTRICT OF COLUMBIA, et al | : |
| | : |
|     Defendants | |

**MOTION TO ENFORCE SETTLEMENT AGREEMENT**

The plaintiff, by and through undersigned counsel, respectfully submits the following Motion to Enforce Settlement Agreement.  In support of this motion, the plaintiff states as follows.

**I.  Factual History.**

The plaintiff file suit in this matter on August 7, 2006.  In the instant lawsuit, the plaintiff sought damages against the District of Columbia and individual defendants for violations of the Lorton Act and for violations of the plaintiff's Fifth and Eight Amendment rights.  The lawsuit related to the plaintiff's illegal confinement in administrative segregation at the Maximum Security Facility at the Lorton Correctional Institute from March of 1997 to May of 2000 and other related events.

The case was referred for court ordered mediation to The Honorable Magistrate Judge Deborah Robinson on January 22, 2007.  After a series of settlement conferences and extensive negotiation between the parties, the parties reached a settlement agreement on February 5, 2008.  The terms of the settlement agreement were that the defendant, District of Columbia would pay to the plaintiff the sum of $80,000.00 in exchange for plaintiff's agreement to dismiss with prejudice all of his claims.  (See Exhibit "A", Letter from Melvin Bolden to Peter N. Mann)

On February 7, 2008, the plaintiff filed a "Notice of Settlement and Line of Dismissal."

**II.  Argument.**

The plaintiff is filing the instant Motion to Enforce Settlement Agreement almost four months after the parties agreed to settle this matter.  Plaintiff's motion is prompted not merely by the defendant's failure to pay the sum agreed upon in the settlement agreement to the plaintiff.  More troubling is the defendant's failure and refusal to advise the plaintiff upon when the settlement agreement will be complied with despite several inquires made for that purpose by the plaintiff.

In light of these circumstances, the plaintiff submits that it is appropriate for this court to order the District of Columbia to fulfill the terms of the settlement agreement by paying the sum of $80,000.00 to the plaintiff forthwith.

WHEREFORE, the plaintiff respectfully moves that this motion be granted.

Respectfully submitted,

\s\ Peter N. Mann, Esquire
Peter N. Mann, Esquire
514 Tenth Street, N.W.
Ninth Floor
Washington, D.C.  20004
(202) 387-3547 (phone)
Pmann16412@aol.cipm
*Counsel for Wendell Smith*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Enforce Settlement Agreement, the Memorandum of Points and Authorities in Support Thereof, and Proposed Order has been electronically served, this 2nd day of June, upon Melvin Bolden, Assistant Attorney General, Office of the Attorney General, 441 4th Street, N.W., Sixth Floor South, Washington, D.C. 20001.

*/s/ Peter N. Mann, Esquire*
Peter N. Mann, Esquire

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDELL SMITH | : |
| | : |
|     Plaintiff | : |
| | : |
| v. | : Case No.  CV 06-1398 (RBW) |
| | : |
| DISTRICT OF COLUMBIA, et al | : |
| | : |
|     Defendants | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION TO ENFORCE SETTLEMENT AGREEMENT**

1. Letter from Melvin Bolden to Peter N. Mann, Esquire, February 7, 2008.

2. Notice of Settlement and Line of Dismissal, February 7, 2008.

3. The record herein.

    Respectfully submitted,

*/s/ Peter N. Mann, Esquire*
Peter N. Mann, Esquire
514 Tenth Street, N.W.
Ninth Floor
Washington, D.C.  20004
(202) 387-3547 (phone)
Pmann16412@aol.cipm
*Counsel for Wendell Smith*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDELL SMITH : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Case No. CV 06-1398 (RBW) |
| : | |
| DISTRICT OF COLUMBIA, et al : | |
| : | |
| Defendants | |

## **ORDER**

Upon consideration of the plaintiff's Motion to Enforce Settlement Agreement, it is, by the court, this ____ day of _____, 2008;

ORDERED: that the motion is granted; and it is further,

ORDERED: that the defendant District of Columbia is ordered to pay to the plaintiff the sum of $80,000.00 as agreed to in the Settlement Agreement between the plaintiff and the defendant.

_____
Reggie B. Walton
Judge, United States District Court
for the District of Columbia