GOVERNMENT OF THE DISTRICT OF COLUMBIA
Office of the Attorney General for the District of Columbia



February 7, 2008

By: Facsimile (629-0458) & U.S. Mail

Peter N. Mann, Esquire
514 Tenth Street, N.W.
Ninth Floor
Washington, D.C. 20004

Re: Wendell Smith v. District of Columbia, 06cv01398

Dear Mr. Mann:

This will confirm that the parties agreed to settle the above captioned case for $80,000, dollars at mediation on February 5, 2008. Within the next few days, I will forward under separate cover a release and IRS Form W9 which must be filled out and signed by your client. If you desire your name to be on the check, a Form W9 will be needed from you also.

Very truly yours,

Melvin W. Bolden, Jr.
Assistant Attorney General
202- 724-5695