UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDELL SMITH : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Case No. CV 06-1398 (RBW) |
| : | |
| DISTRICT OF COLUMBIA, et al : | |
| : | |
| Defendants | |

### NOTICE OF WITHDRAWAL OF MOTION TO ENFORCE
### SETTLEMENT AGREEMENT

Please withdraw the plaintiff's Motion to Enforce Settlement Agreement as the defendant District of Columbia has, since the filing of the motion, fulfilled the terms of the Settlement Agreement.

Respectfully submitted,

\s\ Peter N. Mann, Esquire
Peter N. Mann, Esquire
514 Tenth Street, N.W.
Ninth Floor
Washington, D.C. 20004
(202) 387-3547 (phone)
Pmann16412@aol.cipm
*Counsel for Wendell Smith*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Withdrawal of Motion to Enforce Settlement Agreement has been electronically served, this 13th day of June, upon Melvin Bolden, Assistant Attorney General, Office of the Attorney General, 441 4th Street, N.W., Sixth Floor South, Washington, D.C.  20001.

/s/ Peter N. Mann, Esquire
Peter N. Mann, Esquire